Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON, <br><br> Plaintiffs, <br> v. <br><br> HI-TECH ERECTORS CORPORATION, a Washington corporation, <br><br> Defendant. <br><br> HOMESTREET BANK, <br><br> Garnishee. | Case No. 2:19-mc-00003 RSL <br><br> ORDER VACATING WRIT OF GARNISHMENT |

This matter is before the Court on the motion of the Plaintiff Carpenters Trusts of Western Washington (the" Carpenters Trusts") to return garnished funds to Defendant Hi-Tech Erectors Corporation ("Hi-Tech") via the garnishee, Homestreet Bank, because the Parties have settled their dispute.

ORDER VACATING WRIT OF GARNISHMENT – 1

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1700 026 ud021902

The Court has considered the motion, as well as the pleadings, files, and court records in this matter. Being otherwise advised, the Court ORDERS:

1.  The Carpenters Trusts' motion is GRANTED;

2.  The writ of garnishment (Dkt. #3) is canceled;

3.  Garnishee Homestreet Bank is directed to promptly return the $4,560.80 held pursuant to the writ of garnishment to Defendant Hi-Tech Erectors Corporation; and

4.  The Clerk of Court shall close the case.

Dated: April 3, 2019.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1700 026 ud021902